**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| CYNTHIA ARTIS, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 01-400 (EGS) |
| | ) | |
| ALAN GREENSPAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and for the reasons stating in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion Regarding Plaintiffs' Failure to Satisfy Administrative Counseling Requirements [Dkt. No. 65], which the Court is treating as a renewed motion to dismiss, is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' Motion Requesting a Ruling on Defendant's Pending Motion to Dismiss [Dkt. No. 63] is **GRANTED;** and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE;** and it is

**FURTHER ORDERED AND ADJUDGED** that the Clerk shall enter final judgment in favor of the Defendant and shall remove this case from the active calendar of the Court.  This is a final appealable Order.


**Signed:      EMMET G. SULLIVAN**
**              UNITED STATES DISTRICT JUDGE**
**              JANUARY 31, 2007**