No. 15-5260                          September Term, 2015

1:01-cv-00400-EGS

**Filed On:** December 21, 2015

Cynthia Artis, et al.,

        Appellants

        v.

Janet L. Yellen, Chairman of the Board of
Governors of the Federal Reserve System,

        Appellee

        **BEFORE:**    Kavanaugh, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the corrected motion for summary remand, the response thereto, and the reply, it is

**ORDERED** that the motion for summary remand be denied and the district court's order, filed July 22, 2015, dismissing the case with prejudice, be summarily affirmed. Appellants' filing of a motion for summary remand placed the merits of this appeal before the court. Because the appropriate disposition is so clear, summary action is warranted. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The record is replete with examples of misconduct by appellants. Accordingly, the district court did not abuse its discretion in dismissing the case with prejudice. See Lepkowski v. U.S. Dept. of Treasury, 804 F.2d 1310, 1313-14 (D.C. Cir. 1986).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**